**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL L. WHITNEY,

      Plaintiff,

v.                                                                                                    No. CV 19-566 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Michael Whitney's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 19), filed November 4, 2019. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until December 4, 2019, to serve his Motion to Reverse and Remand for a Rehearing, Defendant shall have until February 3, 2020, to serve his Response, and Plaintiff may file a Reply no later than February 17, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE