**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL WHITNEY,

      Plaintiff,

v.                                                                                      CV No. 19-566 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO
## EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Michael Whitney's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 21), filed December 4, 2019. In the Motion, Plaintiff requests a 30-day extension to file and serve his Motion to Reverse or Remand. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may file his Motion to Reverse and Remand no later than January 3, 2020; Defendant may serve his Response to Plaintiff's Motion no later than March 3, 2020; and Plaintiff may file a Reply through March 17, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE