**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL WHITNEY,

    Plaintiff,

v.                                                                                        CV No. 19-566 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING IN PART UNOPPOSED MOTION FOR EXTENSION

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 25), filed March 2, 2020. In the Motion, Defendant requests an extension of time to respond to Plaintiff's *Motion to Reverse and/or Remand*, (Doc. 24). The Court, having reviewed the Motion and noting it is unopposed, finds the motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **March 24, 2020**, to file a response to Plaintiff's *Motion to Reverse and/or Remand*, (Doc. 24), and Plaintiff shall have until **April 7, 2020**, to file a reply in support of his *Motion to Reverse and/or Remand*, (Doc. 24).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE