IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL WHITNEY,

        Plaintiff,

v.                                                                                                           CV No. 19-566 CG

ANDREW SAUL, Commissioner of
the Social Security Administration,

        Defendant.

## ORDER GRANTING IN PART UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Michael Whitney's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 29), filed April 7, 2020. The Court, having read the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **April 15, 2020**, to serve his Reply in support of his Motion to Reverse or Remand for a Rehearing with Supporting Memorandum.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE