**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL WHITNEY,

    Plaintiff,

v.                                                                                    No. CV 19-566 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

    Defendant.

**FINAL JUDGMENT**

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 33), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum*, (Doc. 24), shall be **DENIED.**

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE